1
2
3
4
5
6
7

8                          UNITED STATES  DISTRICT COURT

9                          Northern District of California

10                                  San Francisco

11   VALDEZ BLACKMON,                              No. C 12-01185 LB

12                  Plaintiff,                     **ORDER REFERRING CASE FOR
                                                   RELATED CASE DETERMINATION**
13        v.

14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND REHABILITATION,
15   DIVISION OF ADULT PAROLE
     OPERATIONS, et al.,
16
                 Defendants.
17   _____/

18        On March 9, 2012, Plaintiff Valdez Blackmon filed a complaint against Defendants California

19   Department of Corrections and Rehabilitation, Division of Adult Parole Operations, Region 2; J.

20   Larson; James Scaver; and Ray Poliakoff.  Complaint, ECF No. 1.  He also filed an application to

21   proceed *in forma pauperis*.  Application, ECF No. 2.

22        Mr. Blackmon was the plaintiff in a case against these same Defendants that he filed in 2011.

23   *See* Blackmon v. California Department of Corrections and Rehabilitation, Division of Adult Parole

24   Operations, Region 2, et al., No. C11-03948 JSW.  Judge White presided over that case.

25        Pursuant to Civil Local Rule 3-12(c), the instant action is HEREBY REFERRED to Judge White

26   for consideration of whether the above-referenced actions are related.

27   ///

28   ///

C 12-01185 LB
ORDER REFERRING CASE

*Left margin (vertical):* **UNITED STATES DISTRICT COURT**
**For the Northern District of California**

**UNITED STATES DISTRICT COURT**
For the Northern District of California

1    **IT IS SO ORDERED.**

2    Dated: May 16, 2012

3

LAUREL BEELER
United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C 12-01185 LB
ORDER REFERRING CASE      2